UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER BRADY HOWARD,

                Plaintiff,

    v.

STATE OF WASHINGTON,
WASHINGTON STATE PATROL,
DEPARTMENT OF CORRECTIONS, and
GRANT COUNTY SHERIFF'S OFFICE,

                Defendants.

No. C11-5856 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b)(2) of the Federal Rules of Civil Procedure.

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 10th day of April, 2012.

                                            RONALD B. LEIGHTON
                                            UNITED STATES DISTRICT JUDGE

ORDER - 1